UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PULSEFORGE, INC., f/k/a NovaCentrix, )
      Plaintiff(s), )
       )
v. ) Case No. 4:25-cv-01343
       )
BREWER SCIENCE, INC., )
      Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff PulseForge, Inc. f/k/a NovaCentrix__ and notifies the court of the intent to use
      (Plaintiff or Defendant)

__Ron R. Buretta & Associates, Inc.__
(name and address of process server)

__P.O. Box 160, St. Peters, MO 63376__

To serve: __Brewer Science, Inc.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__09/08/2025__                                    __/s/ David R. Barnard__
(date)                                            (attorney for Plaintiff)

                                                           (attorney for Defendant)