**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PULSEFORGE, INC., f/k/a NovaCentrix )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BREWER SCIENCE, INC. )<br>)<br>Defendant. ) | Case No. 4:25-cv-01343 |

**ENTRY OF APPEARANCE**

Frank T. Cascone of the law firm Stinson LLP enters his appearance as additional counsel for Plaintiff PulseForge, Inc. f/k/a NovaCentrix in the above-referenced action.

Dated: September 9, 2025

Respectfully submitted,

**STINSON LLP**

*/s/ Frank T. Cascone*
David R. Barnard MO47127
Frank T. Cascone MO75010
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel: (816) 691-3262
Fax: (816) 412-1061
david.barnard@stinson.com
frank.cascone@stinson.com

**ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2025, I caused the above and foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frank T. Cascone*